# United States District Court
## For The Western District of North Carolina
## Asheville Division

Gregory Youngblood,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:11-cv-00157

Michael J. Astrue, Commissioner of Social Security,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/7/12 Order of Remand.

Signed: February 7, 2012

*[signature]*

Frank G. Johns, Clerk
United States District Court